670 F. Supp. 1004

EAST CHILLIWACK FRUIT GROWERS CO-OPERATIVE, PLAINTIFF *v.* UNITED STATES ET AL., DEFENDANTS

Court No. 85–07–00978

MEMORANDUM AND ORDER

(Decided September 8, 1987)

*Bogle & Gates (Joel R. Junker, Christopher N. Weiss* and *Peter L. Miller)* for the plaintiff.

*Richard K. Willard,* Assistant Attorney General; *David M. Cohen,* Director, Commercial Litigation Branch, Civil Division, U.S. Department of Justice (*J. Kevin Horgan*); and Office of Assistant General Counsel for Import Administration, U.S. Department of Commerce (*Eileen P. Shannon*) for the defendants.

*Kilpatrick & Cody (Joseph W. Dorn* and *Anthony H. Anikeeff)* for the intervenor-defendants.

AQUILINO, *Judge:* The court remanded this action to the International Trade Administration, U.S. Department of Commerce ("ITA") for further proceedings in compliance with its Slip Op. 87–16, 11 CIT 104, 655 F.Supp. 499 (1987).

The ITA has submitted the results of those proceedings to which the plaintiff does not object. Having reviewed the remand results, the court finds them to be consistent with its order and notes in passing that the plaintiff is covered by the final remand results in the related case, *Washington Red Raspberry Commission* v. *United States,* CIT Consolidated Court No. 85–06–00789.

The results on remand are hereby affirmed, and judgment will enter dismissing this action.